IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Dr. Kevin A. Schulte, Ph.D., | : | Case No. 3:18-cv-135 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| Wittenberg University, *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING PARTIES' JOINT MOTION FOR MEDIATION (DOC. 50) AND REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE MICHAEL J. NEWMAN SOLELY FOR MEDIATION**

The Court **GRANTS** the "Parties' Joint Motion for Mediation" (Doc. 50). Pursuant to 28 U.S.C. § 636(b)(1)(A), (B), and (C), and § 636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, January 29, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1